UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

KENTUCKY EMPLOYEES RETIREMENT
SYSTEM and BOARD OF TRUSTEES OF
THE KENTUCKY RETIREMENT
SYSTEMS,                                                                                   Appellants,

v.                                                                    Civil Action No. 3:15-cv-25-DJH

SEVEN COUNTIES SERVICES, INC.,                                                             Appellee.

\* \* \* \* \*

## ORDER

In accordance with the Sixth Circuit's decision of July 20, 2020 (Docket No. 47), and the mandate issued September 22, 2020 (D.N. 48), and for purposes of clarity, it is hereby

**ORDERED** that this matter is **REMANDED** to the U.S. Bankruptcy Court for the Western District of Kentucky and shall remain **CLOSED** on this Court's docket.

David J. Hale, Judge
United States District Court